```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 18160
   LILLIE ALLEN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-1523

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/03/2007 and was not confirmed.

     The case was dismissed without confirmation 02/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     8800.40          .00           .00
EMC MORTGAGE              CURRENT MORTG         .00          .00           .00
EMC MORTGAGE              MORTGAGE ARRE   21203.19          .00           .00
ROUNDUP FUNDING LLC       UNSEC W/INTER     4927.60          .00           .00
LVNV FUNDING LLC          UNSEC W/INTER      570.32          .00           .00
HARRIS                    UNSEC W/INTER NOT FILED           .00           .00
LOUISIANA RECOVERY SVC    UNSEC W/INTER NOT FILED           .00           .00
NCO FINANCIAL SYSTEMS     UNSEC W/INTER NOT FILED           .00           .00
NICOR GAS                 UNSEC W/INTER NOT FILED           .00           .00
RMI/MCSI                  UNSEC W/INTER      150.00          .00           .00
TROON COMPANY LLC         UNSEC W/INTER     8038.65          .00           .00
WORLD FINANCIAL NETWORK   UNSEC W/INTER      382.69          .00           .00
SILVER LEAF RESORT        SECURED              .00          .00           .00
BENNIE W FERNANDEZ        DEBTOR ATTY          .00                        .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                   ---------------        ---------------
TOTALS                    .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```